## SECOND DISTRICT.

William L. O'Connell, appellant, v. George Erickson, appellee. Gen. No. 9,131.

Opinion filed January 18, 1937. Rehearing denied February 20, 1937.

George V. B. Weeks, for appellant. Butters & Butters and John H. Armstrong, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

George W. Pyott, appellee, v. Samuel Kahn, appellant. Gen. No. 9,140.

Opinion filed January 18, 1937.

D'Ancona, Pflaum & Kohlsaat, for appellant. Floyd E. Eckert and Arthur G. Waite, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Nettie White, appellant, v. Fidelity Mutual Benefit Association, appellee. Gen. No. 9,142.

Opinion filed January 18, 1937.

Stanley H. Guyer, for appellant. Hall & Dusher, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Harold Cadman, appellant, v. School Directors of School District No. 14, Winnebago County, appellee. Gen. No. 9,147.

Opinion filed January 18, 1937.

Ryan & Hood, for appellant. Lathrop, Lathrop, Brown & Lathrop, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.